ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 10:49 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00017-CV

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 10:49:00 AM
~~CHRISTOPHER A. PRINE~~
Clerk

In the Guardianship of Landen Thomas Griswold,
an Incapacitated Person

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Texas Health and Humas Services Commission ("Appellee") files this unopposed motion seeking a 20-day extension of time to file Appellee's Brief to May 27, 2025.[1]  In support of this motion, Appellee shows the following:

1.      Appellee's Brief is due May 5, 2025.

2.      The following grounds provide good cause for extending the time to file Appellee's Brief. Appellee's former lead counsel, Alyssa Bixby-Lawson, has accepted another position outside of the Texas Office of the Attorney

---

[1] A 20-day extension from the current deadline of May 5, 2025, falls on Sunday, May 25. 2025; and, the following Monday, May 26, 2025, is Memorial Day.

1

General and outside of the State of Texas—her last day with the Texas Office of the Attorney General is April 25, 2025. Appellee's new and current lead counsel, Reed S. Arroyo, was only recently assigned to represent Appellee in this action on Friday, April 18, 2025. Due to Mr. Arroyo's other responsibilities in separate litigation matters, he was only able to meet and confer with Mrs. Bixby-Lawson for the first time regarding this case on April 23, 2025. Consequently, Mr. Arroyo requires more time to review the filings and to prepare Appellee's brief.

3. This is the second request for an extension of time to file Appellee's Brief before this Court.

4. The motion is unopposed.

5. This motion is not filed for the purpose of delay, nor will Appellant be harmed because Appellant is unopposed to this extension request.

## **Prayer**

For these reasons, Appellee respectfully request that the Court grant an extension of time of 20-days to file Appellee's Brief to May 27, 2025, and grant it any other relief to which it may be justly entitled.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Texas Bar No. 24122680
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(210) 270-1118 – Phone
(512) 320-0667 – Fax
alyssa.bixby-lawson@oag.texas.gov
**REED S. ARROYO**
*Attorney in Charge*
Texas Bar No. 24143565
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (210) 270-1118
Fax: (512) 320-0667
Reed.Arroyo@oag.texas.gov

3

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

On April 23, 2025, the undersigned conferred with lead counsel for Appellee, who stated they are unopposed to the relief requested.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Tracia Y. Lee
Tracia.Lee@keanmiller.com
Laurel M. Smith
Laurel.Smith@keanmiller.com
Pennzoil South Tower
711 Louisiana Street, Suite 1800
Houston, Texas 77002
(713) 844-3000
e-serve@keanmiller.com

*Counsel for Appellee*

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alyssa Bixby-Lawson on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Envelope ID: 100036416
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellee's Brief
Status as of 4/24/2025 11:55 AM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 4/24/2025 10:49:00 AM | SENT |
| Alyssa Bixby-Lawson | 24122680 | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 10:49:00 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 10:49:00 AM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tracia Lee | | e-serve@keanmiller.com | 4/24/2025 10:49:00 AM | SENT |